*Form L247* (3/23)–doc 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christina Ottinger Fox <br> Debtor(s) | Case No. 25–13800–djb <br> Chapter 11 |
| NA Trojan Partners LP <br> Plaintiff(s) | |
| | Adversary No. 25–00220–djb |
| v. | |
| Christina Ottinger Fox <br> Defendant(s) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court on or before November 20, 2025, except that the United States and its offices and agencies shall submit a motion or answer to the complaint on or before November 25, 2025.

    Address of the clerk          Eastern District of Pennsylvania
                                             900 Market Street
                                             Suite 400
                                             Philadelphia, PA 19107

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name/Address of Plaintiff's Attorney      RICHARD JOSEPH NALBANDIAN
                                                                    Eckert Seamans Cherin & Mellott LLC
                                                                    Two Liberty Place
                                                                    50 South 16th Street
                                                                    22nd Floor
                                                                    Philadelphia, PA 19102

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



                                                                                               For The Court

                                                                                               Mohung Wong
                                                                                               Clerk of Court

Date: October 21, 2025