**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| CHRISTINA OTTINGER FOX, | : Case No. 25-13800-DJB |
| | : |
| Debtor. | : |
| | : |
| | : |
| TROJAN PARTNERS, LP, | : ADVERSARY NO. 25-00220-DJB |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| CHRISTINA OTTINGER FOX, | : |
| | : |
| Defendant. | : |
| | : |

## NOTICE OF MOTION AND RESPONSE DEADLINE

Debtor Christina Fox (the "Debtor") has filed a Motion to Dismiss (the "Motion") Complaint Objection to Discharge of a Debt Under Section 523(a)(2) of the Bankruptcy Code.

1.  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2.  **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **December 24, 2025, you or your attorney must file a response to the Motion**. (*see Instructions below*)

3.  **If you do not file a response to the Motion**, the court may enter an order granting the relief requested in the Motion.

## Filing Instructions

4.  **If you are required to file documents electronically by Local Bankruptcy Rule 5005-2**, you must file your response electronically.

5.  **If you are not required to file electronically**, you must file your response at the Clerk of Court Office, United States Bankruptcy Court, Robert N.C. Nix, Sr., Federal Building and Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299.

4920-1418-0734 v1

6.      **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

7.      On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

Edmond M. George, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
(215) 665-3140 – Phone
(215) 665-3165 – Facsimile
Email: edmond.george@obermayer.com

Date: December 3, 2025